# Court of Appeals
# of the State of Georgia

ATLANTA, May 20, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1731. FREEHOME PIZZA, LLC, d/b/a JOHNNY'S NEW YORK STYLE PIZZA v. SYSCO ATLANTA, LLC.

The trial court entered a default judgment against Freehome Pizza, LLC, d/b/a Johnny's New York Style Pizza in this suit on an account. Freehome Pizza filed a motion to set aside the default judgment, which the trial court denied. Freehome Pizza then appealed directly to this Court. We, however, lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." (Punctuation and citations omitted.) *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Given Freehome Pizza's failure to follow the requisite appellate procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 05/20/2013
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.